## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-01104

Laticia Lewis,

      Plaintiff,

v.

Ocwen Loan Servicing, LLC,

      Defendant.

_____

### STIPULATION OF DISMISSAL OF ACTION
_____

TO THE HONORABLE JUDGE OF THE COURT:

It is hereby stipulated by and between the parties to this action through their designated counsel that any and all claims and causes of action asserted against Defendant Ocwen Loan Servicing, LLC, in the above-captioned action are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall bear their own costs, attorneys' fees, and expenses.

Dated: August 27, 2018

| | |
|---|---|
| HYDE & SWIGART | MURR SILER & ACCOMAZZO, P.C. |
| By:/s/David J. McGlothlin | By:/s/Michael D. diFilipo |
| David J. McGlothlin, Esq. | Jamie G. Siler |
| Joshua B. Swigart, Esq. | Daniel R. Delaney |
| HYDE & SWIGART | James P. Eckels |
| 1525 Josephine St. | Michael D. diFilipo |
| Denver, CO 80206 | Murr Siler & Accomazzo, P.C. |
| | 410 17th Street, Suite 2400 |
| | Denver, Colorado 80202 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Laticia Lewis* | *Ocwen Loan Servicing, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the foregoing document with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program.

                        **HYDE & SWIGART**

Dated: August 27, 2018        By: /s/David J. McGlothlin
                      David J. McGlothlin, Esq.