# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-1104

Jennifer Loquasto,

       Plaintiff,

v.

Ocwen Loan Servicing, LLC,

       Defendant.

_____

## NOTICE OF SETTLEMENT

_____

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement has been reached in the above-captioned matter. Plaintiff respectfully requests that this Court vacate all pending hearing dates and deadlines, and allow the parties sixty (60) days to file dispositional papers. The parties anticipate prompt resolution of the settlement, and a Request for Dismissal forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

|  |  |
|---|---|
|  | **HYDE & SWIGART, APC** |
| Date: October 12, 2018 | By: *s/ David J. McGlothlin* |
|  | ***David J. McGlothlin, Esq.*** |
|  | Hyde & Swigart, APC |
|  | 2633 E. Indian School Road, Suite 460 |
|  | Phoenix, AZ 85016 |
|  | Telephone: (602) 265-3332 |
|  | Fax: (602) 230-4482 |
|  | E-mail: david@westcoastlitigation.com |
|  | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I, David McGlothlin, hereby certify that on October 12, 2018 a true and correct copy of this NOTICE OF SETTLEMENT was served on Defendant's counsel by the Court's CM/ECF Program, which will electronically mail notice to all counsel of record:

Murr Siler & Accomazzo, P.C.
Michael D. diFilipo
410 17th Street, Suite 2400
Denver, Colorado 80202
*Attorneys for Ocwen Loan Servicing, LLC*

|  |  |
|---|---|
|  | **HYDE & SWIGART, APC** |
| Date: October 12, 2018 | By: *s/ David J. McGlothlin* |
|  | ***David J. McGlothlin, Esq.*** |
|  | Hyde & Swigart, APC |
|  | 2633 E. Indian School Road, Suite 460 |
|  | Phoenix, AZ 85016 |
|  | Telephone: (602) 265-3332 |
|  | Fax: (602) 230-4482 |
|  | E-mail: david@westcoastlitigation.com |
|  | *Attorneys for Plaintiff* |