## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-1104-WJM-SKC

Jennifer Loquasto,

        Plaintiff,

v.

Ocwen Loan Servicing, LLC,

        Defendant.

---

### STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

---

Plaintiff, JENNIFER LOQUASTO ("Plaintiff") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. This case is a consolidated matter, originally involving three plaintiffs (Theresa Prouty, Laticia Lewis, and Jennifer Loquasto) and one defendant (Ocwen Loan Servicing, LLC).

2. Defendant and plaintiffs Theresa Prouty and Laticia Lewis had previously settled their individual cases, and stipulations to dismiss were filed as to both plaintiffs, leaving Jennifer Loquasto as the sole remaining plaintiff.

3. Defendant and Jennifer Loquasto have reached a settlement in this action,

and have jointly entered into this Stipulation.

4.     Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

5.     The Parties are to bear their own fees and costs.

6.     The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant.

7.     The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

8.     The Parties agree that this Court shall retain jurisdiction over this matter to enforce the settlement agreement.

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

**Hyde & Swigart, APC**

Date: October 30, 2018     By: */s/David J. McGlothlin*

*David J. McGlothlin, Esq.*
Hyde & Swigart, APC
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Fax: (602) 230-4482
E-mail: david@westcoastlitigation.com
*Attorneys for Plaintiff*

Date: October 30, 2018          By: */s/Michael D. diFilipo*

**Michael D. diFilipo, Esq.**
Murr Siler & Accomazzo, P.C.
410 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: 303-534-0311
E-mail: mdifilipo@msa.legal
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, David J. McGlothlin, hereby certify that on October 30, 2018 a true and correct copy of this STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE was served on Defendant's counsel by the Court's CM/ECF Program, which will electronically mail notice to all counsel of record:

Murr Siler & Accomazzo, P.C.
Michael D. diFilipo
410 17th Street, Suite 2400
Denver, Colorado 80202
*Attorneys for Ocwen Loan Servicing, LLC*

**Hyde & Swigart, APC**

Date: October 30, 2018          By: *s/ David J. McGlothlin*
                                **David J. McGlothlin, Esq.**
                                Hyde & Swigart, APC
                                2633 E. Indian School Road, Suite 460
                                Phoenix, AZ 85016
                                Telephone: (602) 265-3332
                                Fax: (602) 230-4482
                                E-mail: david@westcoastlitigation.com
                                *Attorneys for Plaintiff*

4